**In re: Rhonda Lyn MACKEY, also known as Rhonda L. Mackey; William Ralph Mackey, Jr., also known as William R. Mackey, Jr., Debtors,**

**William Ralph Mackey, Jr.; Rhonda Lyn Mackey, Appellants,**

**v.**

**Gilbert Elmore; Mackrene Elmore, Appellees,**

**J. Kevin Checkett, Trustee.**

**No. 08–1217.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 24, 2009.

Filed: July 30, 2009.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Debtors William and Rhonda Mackey appeal the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] order dismissing their Chapter 13 case, and finding moot the Mackeys' challenges to orders in their Chapter 7 case, which was dismissed during the pendency of this appeal. Having reviewed the bankruptcy court's findings of fact for clear error and its conclusions of law de novo, *see In re Vote*, 276 F.3d 1024, 1026 (8th Cir.2002), we agree with the BAP's analysis. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Arthur B. Federman, United States Bankruptcy Judge for the Western District of Missouri.